# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| William J. Vinje, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| United States of America, | ) | Case No. 1:16-cv-024 |
| Defendants. | ) | |

Plaintiff initiated the above-entitled action against the United States Postal Service on February 11, 2016, pursuant to the Federal Tort Claims Act. On March 17, 2016, the United States of America filed a "Motion to Substitute Party." The court **GRANTS** the motion (Docket No. 7). The United States of America shall be substituted as the named defendant in this action. The caption shall be amended accordingly.

**IT IS SO ORDERED**.

Dated this 28th day of March, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court